No. **CR11 00140 JW** PSG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

E-Filing

FILED
MAR 16 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### THE UNITED STATES OF AMERICA

*vs.*

### WESLEY RUSSELL PETERS

## INDICTMENT

*SEE ATTACHMENT*

*A true bill.*

*Foreperson*

Filed in open court this __16__ day of __March__

A.D. 2011

UNITED STATES MAGISTRATE JUDGE

No Process

Bail. $ _____

## ATTACHMENT TO INDICTMENT
## U.S.
## v.
## WESLEY RUSSELL PETERS

**COUNT ONE**: Title26, United States Code, Section 5861(d) - Possession of an Unregistered Firearm

**COUNT TWO**: Title18, United States Code, Section § 922(g)(3) - User/Addict of Controlled Substance in Possession of Firearms

MELINDA HAAG (CABN 132612)
United States Attorney

Attorney for Plaintiff

FILED

MAR 16 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> WESLEY RUSSELL PETERS, <br> Defendant. | No. CR11 00140 PSG <br><br> VIOLATIONS: 26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm; 18 U.S.C. § 922(g)(3) - User/Addict of Controlled Substance in Possession of Firearms; 18 U.S.C. § 924(d)(1) - Forfeiture of Firearms. <br><br> SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (26 U.S.C. § 5861(d))

On or about March 4, 2011, in the Northern District of California, defendant,

WESLEY RUSSELL PETERS,

did knowingly and intentionally possess an unregistered firearm, specifically a cricket destructive device, in violation of 26 U.S.C. § 5861(d).

**INDICTMENT**

**COUNT TWO:** (18 U.S.C. § 922(g)(3))

On or about March 4, 2011, in the Northern District of California, defendant,

WESLEY RUSSELL PETERS,

being an unlawful user and addict of a controlled substance, to wit, marijuana, did knowingly possess firearms, specifically: a loaded Smith & Wesson .45 caliber handgun, (Serial # TEH4092) and a loaded Smith & Wesson .38 caliber handgun (Serial # 3D65299), each of which affected interstate and foreign commerce, each in violation of Title 18 United States Code, Section 922(g)(3).

**FORFEITURE ALLEGATION:** (18 U.S.C. 924(d)(1))

1. The allegations contained in Count Two of this Indictment are realleged and incorporated herein.

2. Upon a conviction for the offense alleged in Count Two above, defendant,

WESLEY RUSSELL PETERS,

shall forfeit to the United States any firearm involved in or used in any knowing violation of said offense, including but not limited to the following property: (i) a Smith & Wesson .45 caliber handgun, (Serial # TEH4092), and (ii) a Smith & Wesson .38 caliber handgun (Serial # 3D65299), all in violation of Title 18, United States Code Section 924(d)(1).

DATED: 3/10/2011                                 A TRUE BILL.

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____
ROB REES
Deputy Chief, Organized Crime Strike Force Unit

(Approved as to form: _____
                                    AUSA Shawna Yen

INDICTMENT                                                        2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---OFFENSE CHARGED---
*SEE ATTACHMENT*

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
*SEE ATTACHMENT*

FILED
MAR 16 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---DEFENDANT - U.S.---
E-Filing

▶ WESLEY RUSSELL PETERS

DISTRICT COURT NUMBER
CR11 00140 JW

---PROCEEDING---
Name of Complaintant Agency, or Person (&Title, if any)

S/A JEFF SCHMITZ-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
11-70224 - HRL

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---DEFENDANT---
IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY ▶

Name and Office of Person Furnishing Information on THIS FORM
MELINDA HAAG
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
SHAWNA YEN

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# ATTACHMENT TO PENALTY SHEET
## U.S.
## v.
## WESLEY RUSSELL PETERS

**COUNT ONE**: Title 26, United States Code, Section 5861(d) - Possession of an Unregistered Firearm

    Penalties:    Maximum 10 years imprisonment
                        Maximum Supervised Release: 3 years
                        Maximum Fine: $10,000
                        Special Assessment: $100

**COUNT TWO**: Title 18, United States Code, Section § 922(g)(3) - User/Addict of Controlled Substance in Possession of Firearms

    Penalties:    Maximum 10 years imprisonment
                        Maximum Supervised Release: 3 years
                        Maximum Fine: $250,000
                        Special Assessment: $100