1 BARRY J. PORTMAN
Federal Public Defender
2 MANUEL U. ARAUJO
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 Telephone: (408) 291-7753

5 Counsel for Defendant PETERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00140-JW (HRL) |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION AND MOTION TO |
| ) | RECONSIDER BAIL |
| vs. ) | |
| ) | Date: April 8, 2011 |
| WESLEY RUSSELL PETERS, ) | Time: 9:30 a.m. |
| ) | |
| Defendant. ) | |
| _____) | |

TO: ASSISTANT UNITED STATES ATTORNEYS SHAWNA YEN, PRETRIAL SERVICES OFFICER ANTHONY GRANADOS, AND THE CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that on Thursday, April 8, 2011, at 9:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Howard R Lloyd, defendant Wesley Russell Peters, by and through counsel, shall move this Court for an order setting conditions of pretrial release.

This motion shall be made pursuant to 18 U.S.C. § 3142(f), on the ground that material facts have changed since the Court's decision in March 11, 2011 to detain Mr. Peters pending

Motion to Reconsider Bail
No. CR-11-00140-JW (HRL)                    1

1  trial.  Specifically, a representative of the New Bridge Foundation drug rehabilitation program
2  interviewed Mr. Peters and has informed Pretrial Services that they will accept him into their
3  residential drug rehabilitation program.  Admittance into this program will reasonably assure the
4  Mr. Peter's appearance and that Mr. Peters will not poise a danger to the community.
5  Additionally, Mr. Peter's father is willing to act as surety and make a cash deposit if the court as
6  a condition of bond orders that Mr. Peter's enter and remain at the residential drug rehabilitation
7  program.
8      This motion shall be based upon this notice of motion and motion, the attached
9  memorandum of points and authorities and exhibits in support thereof, and such evidence and
10  argument as may be presented at the hearing on this matter.

12  Dated:  April 5, 2011

13                         Respectfully submitted,

14                         BARRY J. PORTMAN
                       Federal Public Defender

16                         /S/

                       MANUEL U. ARAUJO
17                         Assistant Federal Public Defender

Motion to Reconsider Bail
No. CR-11-00140-JW (HRL)        2