BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PETERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WESLEY RUSSELL PETERS,<br><br>        Defendant. | No. CR-11-00140 EJD (PSG)<br><br>NOTICE OF MOTION AND SECOND MOTION FOR RECONSIDERATION OF DENIAL OF PRETRIAL RELEASE |

TO: THE UNITED STATES OF AMERICA, PLAINTIFF; UNITED STATES ATTORNEY MELINDA HAAG; ASSISTANT UNITED STATES ATTORNEY SHAWNA YEN; AND THE CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that on Monday, August 1, 2011, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Paul S. Grewal, defendant Wesley Russell Peters, by and through counsel, shall move this Court to reconsider the previous decision to detain Mr. Peters pending trial, and to instead set the following conditions of pretrial release: (1) bail set at $50,000, with a $25,000 cash deposit, secured by the signature of Mr. Peters's father, Terry Peters; and (2) participation in the New Bridge residential drug treatment program.

1  This motion shall be made pursuant to 18 U.S.C. § 3142(f)(2)(B), on the grounds that
2  new information exists that has a material bearing on whether there are conditions of release that
3  will reasonably assure the appearance of Mr. Peters as required and the safety of any other person
4  and the community.
5  This motion shall be based upon this notice of motion and motion, the attached
6  memorandum of points and authorities and exhibits, the Constitution of the United States of
7  America, all applicable statutory and case law, the case record and file, and such argument and
8  evidence as may be presented at the hearing on this matter.

10  Dated: July 26, 2011

11  Respectfully submitted,

12  BARRY J. PORTMAN
    Federal Public Defender

14  _____/s/_____
    MANUEL U. ARAUJO
15  Assistant Federal Public Defender