UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 16 mins

## CRIMINAL MINUTES

**Judge:** Edward J. Davila
**Date:** September 12, 2011
**Case No.:** CR-11-00140 EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

## CASE TITLE

USA v. Wesley Russell Peters (C)(P)

## APPEARANCES

**Attorney(s) for Government:** Amber Rosen
**Attorney(s) for Defendant(s):** Manuel Araujo

## PROCEEDINGS

Dispositional Hearing

## ORDER AFTER HEARING

Hearing held. The Defendant entered a plea of guilty as to Count One of the Indictment. A plea agreement was executed in open court. The Court accepted the defendant's plea. The Court deferred accepting the plea agreement until the time of Sentencing. The Court referred this matter to the probation office for preparation of a presentence investigation report. The Court set a date for Judgment and Sentencing on November 21, 2011 at 1:30 PM in Courtroom 1, 5th Floor.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled/C. Escolano
CC: