1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PETERS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )   No.  CR-11-00140 EJD
                                     )
12              Plaintiff,            )   **JOINT STIPULATION TO CONTINUE
                                     )   SENTENCING FROM DECEMBER 12,
13  vs.                               )   2011 TO JANUARY 23, 2012 at 1:30 p.m.,
                                     )   and [PROPOSED] ORDER**
14  WESLEY RUSSELL PETERS,           )
                                     )
15              Defendant.            )
    _____  )
16

17                         **STIPULATION**

18     The parties, Wesley Russell Peters  and the government, acting through their respective

19  counsel and subject to the Court's approval, stipulate that the sentencing date currently set for

20  December 12, 2011, be vacated and that the Court set a new hearing date on January 23, 2012 at

21  1:30 p.m.

22  ///

23  ///

24  ///

25  ///

26  ///

Stipulation and [Proposed] Order
No. CR-11-00140 EJD                           1

Probation Officer Ben Flores has been contacted regarding moving the sentencing date to January 23, 2012. Mr. Flores has no objections.

Dated: November 21, 2011

          __/s/_____
          Manuel U. Araujo,
          Assistant Federal Public Defender

Dated: November 21, 2011

          __/s/_____
          Amber S. Rosen,
          Assistant United States Attorney

## [PROPOSED] ORDER

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the sentencing hearing currently scheduled on December 12, 2011, is continued to January 23, 2012, at 1:30 p.m.

SO ORDERED.

Dated: __November 23__, 2011

          _____
          HONORABLE, EDWARD J. DAVILA,
          United States District Judge