GEOFFREY HANSEN
Acting Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PETERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00140-JW (HRL) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE |
| vs. | |
| WESLEY RUSSELL PETERS, | |
| Defendant. | |

    Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the sentencing hearing in the above-captioned matter, presently scheduled for January 23, 2012 at 1:30 p.m., to February 13, 2012, at 1:30 p.m. The reason for the continuance is due to the sudden death of defense counsel's mother-in-law and funeral services being held out of town.

    United States Probation Officer Ben Flores was advised of the continuance and has no objection.

    IT IS SO STIPULATED.

Stipulation and [Proposed]Order
No. CR 11-00140 EJD                      1

Dated: January 18, 2012

\_\_\_\_\_/s/_____
MANUEL U. ARAUJO
Assistant Federal Public Defender

Date: January 18, 2012

\_\_\_\_/s/_____
AMBER ROSEN
Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter shall be continued from January 23, 2012, at 1:30 p.m., to February 13, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January __19__, 2012

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE